# United States District Court

FILED
JAN 25 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Northern _____ DISTRICT OF _____ Alabama

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

A Google Incorporated E-Mail Account listed as readerror67@gmail.com

CASE NUMBER: 3:07mj05-SRW

I, S. P. Mathews being duly sworn depose and say:

I am a(n) <u>Postal Inspector</u> and have reason to believe that ( ) on the person of or (X) on the property or premises known as (name, description and/or location)

A Google Incorporated E-Mail Account listed as readerror67@gmail.com

In the Northern District of Alabama there is now concealed a certain person or property, namely
(describe the person or property to be seized)

Records of illegal controlled substance transactions and all information for Google ID readerror67 to include all subscriber information, such as name and address, date of birth, gender, date account created, account status, Google e-mail address, alternate e-mail address, registration from IP, date ID registered, and log-in IP addresses associated with session times and dates; the contents of any and all e-mail stored in the subscribers Google account; and any and all contents of electronic files that the subscriber has in the subscribers Briefcase and ~~Photo areas~~. SPM
                                                                                           SPM

which is (state one or more bases for search and seizure set forth under Rule 41(b) of Criminal Procedure)

contraband, the fruits of a crime or things otherwise criminally possessed,

concerning a violation of Title <u>21</u> United States Code, Section(s) <u>841</u>. The facts to support a finding of Probable Cause are as follows:

See Attachment 1

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

12/8/06 _____ at Montgomery, AL _____
Date                                                                    City and State

United States Magistrate Judge                        _____
Name and Title of Judicial Officer                    Signature of Judicial officer

## ATTACHMENT 1

I, Stephen P. Mathews, being duly sworn, hereby depose and say:

1. That I am a duly authorized Postal Inspector with the U.S. Postal Inspection Service. I am currently assigned to the U.S. Postal Inspection Service Office in Birmingham, AL. I have 5 years of experience enforcing federal mail laws and am currently participating in investigations relating to the transportation of controlled substances through the U.S. Mail.

2. That on June 20, 2006, U.S. Immigration and Customs Enforcement Agents, Postal Inspectors, and Auburn Police Department Investigators conducted a controlled delivery of approximately 1,019 ecstasy tablets to Jon Garr at Post Office Boxes 1891 and 513 in Auburn, AL. The ecstasy tablets were contained in one package addressed to Post Office Box 513 and two packages addressed to Post Office Box 1891. All of the packages originated in Canada and had been opened by U.S. Customs and Border Protection Inspectors in Seattle, Washington. Additionally, while preparing for the controlled delivery, agents discovered an overseas package at the Post Office addressed to Post Office Box 1891.

3. That on June 20, 2006, Garr accepted delivery of the package addressed to Post Office Box 513 and retrieved the package notification forms from Post Office Box 1891. Garr exited the Post Office with the package and notification forms and was detained by law enforcement Officers. Garr was transported to the Auburn Police Department and questioned regarding the packages.

4. That on June 20, 2006, Garr was interviewed and he stated that he had ordered all three packages of ecstasy via the internet using his personal computer. Additionally, Garr stated that he ordered the overseas package addressed to Post Office Box 1891 and it contained Xanax.

5. That Garr stated that he ordered the ecstasy and Xanax using the e-mail address readerror67@gmail.com and provided his username as "readerror67" and his password as "goldfish". That the listed e-mail address is registered with Google Incorporated. \

6. That on 6-20-06, your affiant sent a preservation letter to Google, Inc. In such letter, your affiant requested that Google freeze the readerror67@gmail.com account to include all unopened emails, all sent emails and any other emails in the account.

7. That based on facts set forth in this affidavit your affiant submits there is probable cause to believe that records of illegal controlled substances transactions are contained in Jon Garr's e-mail account, readerror67@gmail.com, and seeks the issuance of a search warrant directing the search of the listed e-mail account at Google Incorporated for any and all information for Google ID readerror67 to include all subscriber information, such as name and address, date of birth, gender, date account created, account status, Google e-mail address, alternate e-mail address, registration from IP, date ID registered, and log-in IP addresses associated with session times and dates; the contents of any and all e-mail stored in the subscribers Google account; and any and all contents of electronic files that the subscriber has in the subscribers Briefcase and Photo areas.

_____
Postal Inspector

Sworn and subscribed before me this ___8th___ day of December, 2006

_____
U.S. Magistrate Judge